IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROSHODE JAWADE CHAPMAN<br><br>a/k/a "ROE" | DOCKET NO. 5:25-cr-15-KDB<br><br>**BILL OF INDICTMENT**<br><br>Violations: 18 U.S.C. § 922(g)(1) |

### THE GRAND JURY CHARGES:

### COUNT ONE
*(Possession of a Firearm by a Felon)*

On or about February 24, 2024, in Catawba County, within the Western District of North Carolina, the defendant,

**ROSHODE JAWADE CHAPMAN a/k/a "ROE"**

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess one or more firearms, those being, (1) a Taurus, .40 caliber semi-automatic pistol, and (1) a .38 Special Revolver, in and affecting commerce; in violation of Title 18, United States Code, Section 922(g)(1).

(Remainder of page left intentionally blank)

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of 21 U.S.C. § 853, 18 U.S.C. § 924, and 28 U.S.C. § 2461(c). The following property is subject to forfeiture in accordance with Section 853, 924, and/or 2461(c):

(a) All property which constitutes or is derived from proceeds of the violations set forth in this bill of indictment;

(b) All property used or intended to be used in any manner or part to commit or facilitate such violations; and

(c) If, as set forth in 21 U.S.C. § 853(p), any property described in (a), (b), or (c) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant/s to the extent of the value of the property described in (a), (b), and (c).

The Grand Jury finds probable cause to believe that the following property subject to forfeiture on the grounds stated above:

(a) a Taurus .40 caliber handgun and all associated magazines and ammunition seized on or about February 24, 2024

(b) a .38 Special Revolver and all associated magazines and ammunition seized on or about February 24, 2024.

A TRUE BILL

_____
FOREPERSON

RUSS FERGUSON
UNITED STATES ATTORNEY

_____
BRANDON L. BOYKIN
ASSISTANT UNITED STATES ATTORNEY